FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2021

No. 04-21-00201-CV

Francisco Javier **GARZA**, Jr.,
Appellant

v.

Fred Andrew **PULLEN**, and America Midwest Transportation LLC,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 18-12-17880-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellees' brief was originally due September 15, 2021. We granted appellees' first motion for extension of time, extending the deadline for filing the brief to October 6, 2021. On October 5, 2021, appellees filed a second motion for extension requesting an additional week. After consideration, we **GRANT** the motion and **ORDER** appellees to file the brief by **October 13, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court